IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:19-CR-0308-AT |
| | : | |
| Quantavius Foster (3), | : | |
| Amadeo Gama-Aguirre (7), | : | |
| Joseph Brown (13), | : | |
| | : | |
| Defendants. | | |

## **ORDER**

The Court hereby sets the trial date for the above Defendants as follows: The pretrial conference is set for October 4, 2023, at 10:30 AM in Courtroom 2308. The trial will commence with jury selection to begin on October 24, 2023, at 9:30 AM in Courtroom 2308. Defendants are required to attend the pretrial conference or present a written waiver of attendance.

By September 20, 2023, the parties are to file any motions in limine and proposed voir dire questions. Objections and responses to the motions and proposed voir dire questions are due by September 27, 2023. The Government is directed to file a summary of the indictment for use in voir dire by September 20, 2023. The parties are directed to cooperate in providing proposed jury instructions to the Court by October 12, 2023. The parties shall use redlining and

other common editing features in order to provide a joint submission of the proposed jury instructions and identify any objections that each party has to the opposing party's proposed instruction and the suggestion of alternative proposed language.

The time from the entry date of this order through the beginning of trial shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

The parties should be prepared to provide the Courtroom Deputy Clerk with three (3) copies of your respective exhibit and witness lists at the start of trial for use by the Judge, Court Reporter, and Courtroom Deputy Clerk.  Each party should also provide a courtesy copy of all exhibits for the Judge's use during trial, preferably in an appropriately labeled notebook provided on the first day of trial.  The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning the pre-marking of exhibits.  The parties <u>must</u> provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.  Proposed jury instructions shall be submitted by the first day of trial.

Please refer to Judge Totenberg's Guidelines to Parties and Counsel at http://www.gand.uscourts.gov/case-prep-judge-totenberg  for information regarding the pretrial conference, voir dire, and courtroom technology.  Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk.  The Court will not allow time

for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three (3) days in advance of trial, to allow time for proper notification to the US Marshals Service.

**IT IS SO ORDERED** this 8th day of September, 2023.

_____
**Honorable Amy Totenberg**
**United States District Judge**